CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com

Attorneys for Plaintiff

MATTHEW J. WEBB (SBN:148228)
mwebblaw@cs.com
LAW OFFICE OF MATTHEW J. WEBB
1382 A Street
Hayward, California 94541
Telephone: (510) 444-4224
Facsimile: (310) 472-3223
Attorneys for Defendants
Moufeed K. Mohamed and Gamela H. Mosleh

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>     Plaintiff,<br><br>  v.<br><br>MOUFEED K. MOHAMED; GAMELA H. MOSLEH; and Does 1-10,<br><br>     Defendants. | Case: 3:19-CV-04064-LB<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

**STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: June 04, 2020          CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Lockhart Seabock
    Amanda Lockhart Seabock
    Attorneys for Plaintiff

Dated:                        LAW OFFICE OF MATTHEW J. WEBB

By: _____
    Matthew J. Webb
    Attorneys for Defendants
    Moufeed K. Mohamed and Gamela H. Mosleh

## STIPULATION

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated:            CENTER FOR DISABILITY ACCESS

By: _____
Amanda Lockhart Seabock
Attorneys for Plaintiff

Dated: 4-27-20     LAW OFFICE OF MATTHEW J. WEBB

By: _____
Matthew J. Webb
Attorneys for Defendants
Moufeed K. Mohamed and Gamela H. Mosleh

## SIGNATURE CERTIFICATION